No. 3397.—Gerena, Apdo., *v.* Ana Ma. Sugar Co., Apltes. —C. D. Aguadilla. Julio 23, 1924. Desestimado el recurso

a instancia del apelado por aparecer que se trata de un pleito de tercería, que la sentencia se dictó en marzo 31, 1924 y se notificó el 14 de abril siguiente, habiéndose interpuesto la apelación el 14 de mayo 1924 o sea después de vencido el término de diez días que concede la ley (sección 5279 de la Compilación de 1911).